IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, § | | |
| as Successor in Interest to Bank of § | | |
| America National Association, Successor § | | |
| by Merger to LaSalle Bank National § | | |
| Association, as Trustee for GSAMP Trust § | | |
| 2007-HE2, Mortgage Pass-Through § | | |
| Certificates, Series 2007-HE2, § | | |
| § | | |
| Plaintiff, § | | |
| § | No. 3:24-cv-1212-K-BN | |
| V. § | | |
| § | | |
| ROBERT W. WHITE, ROBERT § | | |
| ANTHONY WHITE, MICHELLE § | | |
| DENISE WHITE, BARBARA ANN § | | |
| WHITE, MARY ANN WHITE, § | | |
| LASUHDA WHITE REDD, and KEITH § | | |
| R. CONNER, § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 10, 2025 [Dkt. No. 24], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

**Signed March 5th, 2025.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE