IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, as Successor in Interest to Bank of America National Association, Successor by Merger to LaSalle Bank National Association, as Trustee for GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2,<br><br>    Plaintiff,<br><br>V.<br><br>ROBERT W. WHITE, ROBERT ANTHONY WHITE, MICHELLE DENISE WHITE, BARBARA ANN WHITE, MARY ANN WHITE, LASHUNDA WHITE REDD, and KEITH R. CONNER,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § | No. 3:24-cv-1212-K-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant Plaintiff's Motion for Attorneys' Fees and Costs. *See* Dkt. No. 28.]

The Magistrate Judge recommended awarding Plaintiff U.S. Bank National Association $7,540.00 in attorneys' fees and paralegals' fees, and $1,810.50 in additional costs, for a total of $9,350.50. *See id.*

No objections were filed. The District Court reviewed the proposed findings,

conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Motion for Attorneys' Fees and Costs is GRANTED. The Court awards Plaintiff U.S. Bank National Association $7,540.00 in attorneys' fees and paralegals' fees, and $1,810.50 in additional costs, for a total of $9,350.50.

SO ORDERED.

Signed October 22nd, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE